UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.   2:24–cv–07360–MWF–E    Date    December 10, 2024

Title    CLIFTON WALKER V. ALLAN JEFFRIES, INC. ET AL

---

PRESENT:  THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

In light of the Default By Clerk entered on 11/20/2024, the Court sets a hearing for Order To Show Cause Re Default Judgment for January 13, 2025 at 11:30 AM. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

**IT IS SO ORDERED.**

Initials of Clerk:  rs